76666.0212

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MATAMOROS RESTAURANTE Y CANTINA** | § § § | |
| **Plaintiff,** | § § | |
| **V.** | § § | **CIVIL ACTION NO. 5:17-CV-00037-FB** |
| **TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA** | § § § | |
| **Defendant** | § § | |

## NOTIFICATION OF SETTLEMENT

TO THE HONORABLE DISTRICT COURT:

Plaintiff Matamoros Resturante Y Cantina and Defendant, Travelers Casualty Insurance Company of America file this Notification of Settlement.

1.     The parties settled this case at mediation conducted on October 19, 2017 with Steve Vacek.

2.     The parties will file a Stipulation Order of Dismissal after the release is signed and the settlement funds have been paid.

Signed this ____ day of November, 2017.

76666.0212

Respectfully submitted,

**MCCLENNY MOSELEY & ASSOCIATES, PLLC**
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Telephone: (713) 334-6121
Facsimile:  (713) 322-5953
derek@mma-pllc.com
james@mma-pllc.com
zach@mma-pllc.com


By: _____
        DEREK L. FADNER
        State Bar No. 24100081
        JAMES M. MCCLENNY
        State Bar No. 24091857
        J. ZACH MOSELEY
        State Bar No. 24092863

ATTORNEYS FOR PLAINTIFF

**ADAMI, SHUFFIELD, SCHEIHING**
**& BURNS, P.C.**
9311 San Pedro, Suite 900
San Antonio, Texas  78216
Telephone: (210) 344-0500
Facsimile:  (210) 344-7228
bscheihing@adamilaw.com


By: _____
        ROBERT F. SCHEIHING
        State Bar No. 17736350

ATTORNEY FOR DEFENDANT

2

76666.0212

## **CERTIFICATE OF SERVICE**

     This is to certify that a true and correct copy of the above and foregoing document has been e-filed with the Court and sent via facsimile to the following counsel of record in compliance with the Federal Rules of Civil Procedure this \_\_\_|\_\_\_ day of November, 2017:

     Derek L. Fadner
     James M. McClenny
     J. Zachary Moseley
     MCCLENNY MOSELEY & ASSOCIATES, PLLC
     411 N. Sam Houston Parkway E., Suite 200
     Houston, Texas 77060
     derek@mma-pllc.com
     james@mma-pllc.com
     zach@mma-pllc.com

                              ROBERT F. SCHEIHING