76666.0212

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MATAMOROS RESTAURANTE Y CANTINA | § § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 5:17-CV-00037-FB |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | § § § § | |
| Defendant | § | |

### STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Dated this __1st__ day of __November__, 2017.

ADAMI, SHUFFIELD, SCHEIHING
& BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228
bscheihing@adamilaw.com

By: _____
ROBERT F. SCHEIHING
State Bar No. 17736350

**ATTORNEY FOR DEFENDANT**

McCLENNY MOSELEY & ASSOCIATES, PLLC
411 N. Sam Houston Parkway E. Suite 200
Houston, Texas 77060
Telephone: (713) 334-6121
Facsimile: (713) 322-5953
derek@mma-pllc.com
zach@mma-pllc.com

By: _____
DEREK L. FADNER
State Bar No: 24100081
J. ZACHARY MOSELEY
State Bar No. 24092863

**ATTORNEYS FOR PLAINTIFF**